

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00336-CV

Jeffrey Wade **TEASDALE**,
Appellant

v.

Jeanette Nichole **MESSER**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 13133A
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of this appeal are assessed against appellant.

SIGNED July 24, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice